**Fill in this information to identify the case:**

Debtor name: Midwest Dough Guys, LLC

United States Bankruptcy Court for the: District of Nebraska

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service<br>PO Box 7346<br>Centralized Insolvency Operations<br>Pennsylvania, PA, 19101-7346 | | Taxes & Other Government Units | | | | 200,000.00 |
| 2 | The LCF Group<br>3000 Marcus Ave<br>ste 2W15<br>New Hyde Park, NY, 11042 | | | | | | 145,000.00 |
| 3 | Kansas Department of Revenue<br>915 SW Harrison St<br>Topeka, KS, 66612 | | Taxes & Other Government Units | | | | 78,000.00 |
| 4 | Chrome Capital Advance, LLC<br>5308 13TH AVENUE, SUITE 324<br>Brooklyn, NY, 11219 | | | | | | 68,000.00 |
| 5 | Diverse Capital, LLC<br>244 5th Ave Ste P297<br>New York, NY, 10001 | | | | | | 67,000.00 |
| 6 | Lutz & Company, PC<br>13616 California St<br>ste 300<br>Omaha, NE, 68154 | | | | | | 41,880.00 |
| 7 | BMF Advance, LLC<br>1820 AVE M STE 125<br>Brooklyn, NY, 11230 | | | | | | 38,000.00 |
| 8 | KDiver, LLC<br>318 HURON DRIVE<br>Kearney, NE, 68847 | | | | | | 16,672.00 |

Debtor    Midwest Dough Guys, LLC                                    Case number (*if known*)_____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | WRK, LLC 440 N 8th St ste 140 Lincoln, NE, 68508 | | | | | | 13,258.00 |
| 10 | Doordash Capital 303 2nd St Ste 800 San Francisco, CA, 94107 | | | | | | 13,252.00 |
| 11 | NY Calzone, LLC PO Box 229 McGraw, NY, 13101 | | | | | | 12,775.00 |
| 12 | Nebraska Dept. of Revenue PO Box 94818 Attn: Bankruptcy Unit Lincoln, NE, 68509-4818 | | Taxes & Other Government Units | | | | 12,000.00 |
| 13 | Lamar Companies PO Box 746966 Atlanta, GA, 30374 | | | | | | 11,240.00 |
| 14 | Aramark 2680 Palumbo Dr Lexington, KY, 40509 | | | | | | 4,900.00 |
| 15 | Tech Masters 2024 SW 6th St Lincoln, NE, 68522 | | | | | | 4,236.00 |
| 16 | United Health Care 185 Asylum St. 03B Hartford, CT, 06103 | | | | | | 3,880.54 |
| 17 | NUCO2 PO Box 9011 Stuart, FL, 34995 | | | | | | 2,341.00 |
| 18 | Tri City Sign Company 363 N Elm St Grand Island, NE, 68801 | | | | | | 1,750.00 |
| 19 | DR Plumbing, Inc. 2757 Rory Rd. Manhattan, KS, 66502 | | | | | | 1,520.00 |
| 20 | Sysco Lincoln, Inc. 6681 Country Club Dr. Minneapolis, MN, 55427 | | | | | | 0.00 |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        page 2