IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

In re: MIDWEST DOUGH GUYS, LLC                    Case No. BK 24-40406
              Debtor.                                          Chapter 11

## MOTION TO APPROVE USE OF CASH COLLATERAL

COMES NOW Debtor herein and hereby moves this Court for its order approving use of cash collateral on the terms herein:

1.  Debtor commenced this case on April 30, 2024 under Chapter 11, Subchapter V of Title 11 of the Bankruptcy Code, and as of the filing of this Motion continues to maintain its business as a debtor in possession.

2.  IRS is a first-priority secured creditor of the Debtor, having a valid first priority, perfected blanket lien upon all of Debtor's assets, including but not limited to cash, receivables, accounts, inventory and equipment (the "Collateral") by virtue of a notice of tax lien filed August, 2023 which has priority over other prior liens under the Internal Revenue Code.

3.  IRS has filed a claim in this case stating a secured claim of $76,855.43, a priority unsecured claim of $160,523.16 and a general unsecured portion of $25,719.39. Debtor does not dispute the validity, priority or effect of IRS' secured claim, or it's first-priority position, upon the Collateral.

4.  To-date, no order or agreement has been made with respect to use of cash collateral between Debtor and IRS, or any other creditor.

5.  Debtor has requested agreement by the IRS on use of cash collateral, however, it does not have a stipulation in place yet and Debtor needs to continue operating.

6.  Debtor proposes:

    a.  Debtor shall maintain at least $20,000.00 in inventory/cash combined value at any given time during the pendency of this case until plan confirmation;

    b.  Debtor shall commence payments, as adequate protection to IRS in the amount of $2,000.00, until plan confirmation. First payment shall be made to IRS upon Bankruptcy Court approval of this Stipulation and on or before the 15th day of each month thereafter.

    c.  Debtor shall provide IRS with a post-petition replacement lien on all Collateral subject to IRS' pre-petition lien, including but not limited to all pre-petition collateral, in the same amount and in the same priority as IRS had pre-petition until IRS' claim is paid in full.

    d.  Debtor shall maintain adequate insurance on IRS' Collateral. The Debtor shall provide IRS with proof of said insurance upon demand.

WHEREFORE, Debtor prays its Motion be approved, and the Court grant such other relief as it deems appropriate.

Midwest Dough Guys, LLC, LLC
Debtor.

By:    /s/ John A. Lentz
       John A. Lentz, #24420
       Lentz Law, PC, LLO
       650 J St., STE 215B
       Lincoln, NE 68508
       402-421-9676
       john@johnlentz.com
       Attorney for the Debtor