IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Midwest Dough Guys, LLC, | ) | Case No. 24-40406-TLS |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### MOTION TO DISMISS PURSUANT TO § 1112(b)(4)(G)

The Acting United States Trustee (UST), through undersigned counsel, hereby respectfully requests that the Court enter an Order dismissing this Chapter 11, Subchapter V case pursuant to § 1112(b)(4)(G) for cause and further states as follows:

1. On April 30, 2024, Debtor Midwest Dough Guys, LLC filed a voluntary Chapter 11 Petition.

2. A Debtor in possession, through senior management personnel and counsel, is required to appear at a § 341 meeting of creditors to be examined under oath. 11 U.S.C. §§ 1116((2), 343; Fed. R. Bank. P. 4002(a)(1).

3. The § 341 meeting of creditors for this case was scheduled for June 6, 2024, at 3:00 p.m. (Filing No. 11).

4. On June 5, 2024, Counsel for Debtor in possession provided statements for Debtor's Kansas State Bank checking account *1500 for the time period Dec. 1, 2023, to April 30, 2024.

5. Review of these statements by the UST revealed pre-petition transfers to "LTMM, Inc.," totaling over $87,000:

| Acct Num | Account Name | Stmt Period | Trans Date | Check Num | Description | Credits | Debits |
|---|---|---|---|---|---|---|---|
| 1500 | Midwest Dough Guys LLC KS State Bank | 1/1/24-1/31/24 | 1/19/2024 | | Wire Transfer LTMM Inc | $ 2,770.00 | |
| 1500 | Midwest Dough Guys LLC KS State Bank | 2/1/24-2/29/24 | 2/1/2024 | | Wire Transfer LTMM Inc | $ 5,235.00 | |
| 1500 | Midwest Dough Guys LLC KS State Bank | 2/1/24-2/29/24 | 2/8/2024 | 11061 | LTMM Inc | | $ 3,500.00 |
| 1500 | Midwest Dough Guys LLC KS State Bank | 2/1/24-2/29/24 | 2/12/2024 | 11063 | LTMM Inc | | $ 9,500.00 |
| 1500 | Midwest Dough Guys LLC KS State Bank | 2/1/24-2/29/24 | 2/15/2024 | 11064 | LTMM Inc | | $ 3,600.00 |
| 1500 | Midwest Dough Guys LLC KS State Bank | 2/1/24-2/29/24 | 2/26/2024 | 11537 | LTMM Inc | | $ 5,000.00 |
| 1500 | Midwest Dough Guys LLC KS State Bank | 3/1/24-3/31/24 | 3/4/2024 | 11070 | LTMM Inc | | $ 7,500.00 |
| 1500 | Midwest Dough Guys LLC KS State Bank | 3/1/24-3/31/24 | 3/5/2024 | 11072 | LTMM Inc | | $40,000.00 |
| 1500 | Midwest Dough Guys LLC KS State Bank | 3/1/24-3/31/24 | 3/7/2024 | | Wire Transfer LTMM Inc | $ 3,500.00 | |
| 1500 | Midwest Dough Guys LLC KS State Bank | 3/1/24-3/31/24 | 3/20/2024 | 11077 | LTMM Inc | | $ 3,600.00 |
| 1500 | Midwest Dough Guys LLC KS State Bank | 3/1/24-3/31/24 | 3/25/2024 | 11078 | LTMM Inc | | $ 6,000.00 |
| 1500 | Midwest Dough Guys LLC KS State Bank | 3/1/24-3/31/24 | 3/27/2024 | 11079 | LTMM Inc | | $ 900.00 |
| 1500 | Midwest Dough Guys LLC KS State Bank | 4/1/24-4/30/24 | 4/1/2024 | 11080 | LTMM Inc | | $ 1,500.00 |
| 1500 | Midwest Dough Guys LLC KS State Bank | 4/1/24-4/30/24 | 4/3/2024 | 11081 | LTMM Inc | | $ 2,000.00 |
| 1500 | Midwest Dough Guys LLC KS State Bank | 4/1/24-4/30/24 | 4/5/2024 | 11082 | LTMM Inc | | $ 4,000.00 |
| | | | | | | $11,505.00 | $87,100.00 |

6. An open-source search of the Nebraska Secretary of State's online database shows that "LTMM, Inc." was incorporated on December 18, 2023, that proof of publication was filed on January 22, 2024, and that the corporation was administratively dissolved on April 16, 2024.

7. Debtor's Statement of Financial Affairs (SOFA) did not disclose information regarding the corporation or the pre-petition transfers.

8. The UST also discovered multiple instances of use of Debtor's Kansas State Bank checking account *1500 funds for personal expenses of Debtor's principals.

9. The UST informed counsel for Debtor in possession of these discoveries and discussed the same on the morning of June 6.

10. Counsel later informed the UST via email that Debtor's representative would not be appearing at the 3:00 p.m. § 341 meeting.

11. Debtor's representative failed to appear at the § 341 meeting of creditors.

12. Counsel for Debtor in possession has stated that Debtor in possession will not oppose a Motion to dismiss this action.

13. Cause exists to dismiss this case pursuant to § 1112(b)(4)(G).

WHEREFORE, the United States Trustee respectfully requests the Court enter an Order dismissing this case.

DATED:  June 10, 2024

                                              Respectfully Submitted,

                                              JERRY L. JENSEN
                                              ACTING UNITED STATES TRUSTEE

                                        By: /s/ *Amy B. Blackburn*
                                              Amy B. Blackburn (MO #48222)
                                              Trial Attorney
                                              Department of Justice, Office of the United States Trustee, Region 13
                                              Roman L. Hruska U.S. Courthouse
                                              111 S. 18th Plaza, Suite 1148
                                              Omaha, NE 68102
                                              Phone: (402) 221-4300
                                              Amy.B.Blackburn@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2024, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system.

                                              /s/ *Amy B. Blackburn*
                                              Amy B. Blackburn